UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ARLENE CAMPBELL,<br><br>   Plaintiff,<br>v.<br><br>HANDLERY UNION SQUARE HOTEL,<br><br>   Defendant.<br>_____/ | No. C 12-2466 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On July 2, 2012, the Defendant(s) in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of August 16, 2012. Dkt. No. 8.  However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the August 16 hearing and ORDERS Plaintiff Arlene Campbell to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by August 16, 2012.  If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on August 30, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  Plaintiff is hereby informed that the Court may dismiss the case without a hearing if Plaintiff fails to file a responsive pleading.  Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: July 30, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE CAMPBELL,<br><br>Plaintiff(s),<br>v.<br><br>HANDLERY UNION SQUARE,<br><br>Defendant(s). | No. C 12-02466 MEJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 30, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arlene Campbell
1388 Haight Street, #8
San Francisco, CA 94117

Dated: July 30, 2012

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

2