UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ARLENE CAMPBELL,<br><br>        Plaintiff,<br>   v.<br><br>HANDLERY UNION SQUARE HOTEL,<br><br>        Defendant.<br>_____/ | No. C 12-2466 MEJ<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

This matter is scheduled for a case management conference on August 16, 2012. However, as Plaintiff failed to respond to Defendant's pending motion to dismiss, the August 16 conference is VACATED pending resolution of the July 30, 2012 Order to Show Cause..

**IT IS SO ORDERED.**

Dated: July 30, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ARLENE CAMPBELL,                         No. C 12-02466 MEJ

         Plaintiff(s),                 **CERTIFICATE OF SERVICE**

v.

HANDLERY UNION SQUARE,

         Defendant(s).
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 30, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arlene Campbell
1388 Haight Street, #8
San Francisco, CA 94117

Dated: July 30, 2012

                               Richard W. Wieking, Clerk
                               By: Rose Maher, Deputy Clerk