UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ARLENE CAMPBELL, | No. C 12-2466 MEJ |
| Plaintiff, | **ORDER DISCHARGING OSC** |
| v. | |
| HANDLERY UNION SQUARE HOTEL, | |
| Defendant. | |
| _____/ | |

On July 30, 2012, the Court issued an order for Plaintiff Arlene Campbell to show cause why this case should not be dismissed for failure to prosecute and failure to file an opposition to Defendant Handlery Union Square Hotel's motion to dismiss. Dkt. No. 13. Having received Plaintiff's response, the order to show cause is DISCHARGED. As Plaintiff's response also appears to be an opposition to Defendant's motion, the Court shall consider the motion on the merits based on the briefing now before it. Thus, Defendant need not file a reply and, pursuant to Civil Local Rule 7-1(b), no hearing will be held. The Court shall issue an order forthwith.

Plaintiff has also filed an application to proceed in forma pauperis. Dkt. No. 16. However, as the Court previously granted Plaintiff's initial application, Dkt. No. 6, this subsequent application is moot.

**IT IS SO ORDERED.**

Dated: August 1, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ARLENE CAMPBELL,                                                    No. C 12-02466 MEJ

                Plaintiff(s),                              **CERTIFICATE OF SERVICE**

   v.

HANDLERY UNION SQUARE,

                Defendant(s).
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arlene Campbell
1388 Haight Street, #8
San Francisco, CA 94117

Dated: August 1, 2012

                                            Richard W. Wieking, Clerk
                                            By: Rose Maher, Deputy Clerk